1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  MICHELE C. MARCHAND
   California Bar No. 93390
6  Assistant United States Attorney
   Asset Forfeiture Section
7     1400 United States Courthouse
      312 North Spring Street
8     Los Angeles, California 90012
      Telephone: (213) 894-2727
9     Facsimile: (213) 894-7177
      E-Mail: Michele.Marchand@usdoj.gov
10
   Attorneys for Plaintiff
11 United States of America

12                  UNITED STATES DISTRICT COURT

13              FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                        WESTERN DIVISION

15 UNITED STATES OF AMERICA,      )  NO.  CV 10-3930-VBF(SHx)
                                  )
16          Plaintiff,            )  [Proposed]
                                  )  CONSENT JUDGMENT OF FORFEITURE
17          v.                    )  AS TO CLAIMANT JIRAIR
                                  )  AVANESSIAN
18 $227,932.34 IN BANK FUNDS,     )
                                  )  [This proposed judgment is not
19          Defendant.            )  case-dispositive]
                                  )
20 JASSMEN TALIDEH and JIRAIR     )
   AVANESSIAN,                    )
21                                )
            Claimants.            )
22 _____)

23

24      Plaintiff United States of America ("plaintiff" or "the

25 government") initiated this action by filing a Complaint for

26 Forfeiture on May 25, 2010.  Notice was given and published in

27 accordance with law.  Jassmen Talideh ("claimant Talideh") and

28 Jirair Avanessian ("claimant Avanessian") filed timely claims.

Claimant Talideh filed an answer on July 22, 2010.  Claimant
Avanessian has not filed an answer.  However, for the purpose of
this Consent Judgment, plaintiff waives its objection to claimant
Avanessian's failure to file an answer and the right to move for
entry of default against claimant Avanessian's interests.  No
other claims and answers have been filed and the time for filing
claims and answers has expired.

Plaintiff and claimant Avanessian have reached an agreement
that is dispositive of claimant Avanessian's claim.  Plaintiff
and claimant Avanessian hereby request that the Court enter this
Consent Judgment of Forfeiture as to claimant Avanessian's
interest in the defendant bank funds.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.   This court has jurisdiction over the parties and the
subject matter of this action.

2.   Notice of this action has been given in accordance with
law.  All potential claimants to the defendant $227,932.34 in
bank funds ("defendant bank funds"), other than claimant Talideh,
are deemed to have admitted the allegations of the Complaint.
The allegations set out in the Complaint are sufficient to
establish a basis for forfeiture.

3.   The United States of America shall have judgment as to
claimant Avanessian's interest in the defendant $227,932.34 in
bank funds and all interest earned thereon.  No other person or
entity shall have any right, title or interest in claimant
Avanessian's forfeited interest in the defendant bank funds.
Upon entry of a final judgment of forfeiture, the United States
Marshals Service shall dispose of said assets in accordance with

law.

4.   Claimant Avanessian hereby releases the United States
of America, its agencies, agents, and officers, including
employees and agents of the United States Federal Bureau of
Investigation and Immigration and Customs Enforcement, from any
and all claims, actions or liabilities arising out of or related
to this action, including, without limitations, any claims for
attorney's fees, costs or interest which may be asserted on
behalf of said claimant, whether pursuant to 28 U.S.C. § 2465 or
otherwise.

5.   The Court finds that there was reasonable cause for the
seizure of the defendant bank funds and institution of these
proceedings.  This judgment shall be construed as a certificate
of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: November 5, 2010

_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED SATES DISTRICT JUDGE

3